IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS EUGENE WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CV3267 |
| vs. ) | |
| ) | ORDER |
| SAMPSON CONSTRUCTION COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following the court's order assigning the undersigned magistrate judge to this case.  **See** Filing No. 23.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is scheduled for **August 25, 2008, at 10:00 a.m.**  Plaintiff's counsel shall initiate the telephone conference.

DATED this 12th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge