# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DENNIS EUGENE WATKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:07CV3267** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **SAMPSON CONSTRUCTION COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the joint oral motion of the parties, the telephone planning conference previously set for August 25, 2008 at 10:00 a.m. is cancelled and is **rescheduled for September 19, 2008 at 10:00 a.m.** before the undersigned magistrate judge.  Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 22nd day of August, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge